**Exhibit 1**



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
Ph. 615.741.1000

January 20, 2022

John K Bramlett, Jr., District Attorney
20th District, Rankin and Madison Counties
215 East Government Street
Second Floor
Rankin County Justice Center
Brandon, Mississippi 39042

General Bramlett:

I am contacting you relative to an issue of records between two offenders with the same name being mistakenly combined. One of which, Mr. Willie Earl Curry (Date of Birth: 6/18/1953, last four of SSN: 2702) was prosecuted in the 20th District and is currently serving a sentence with the Mississippi Department of Corrections. Our office had communications with your office and a criminal investigator in 2009 and 2011, respectively.

It has now been discovered and verified that the information conveyed to your office on both occasions was inadvertently combined from two separate and distinct persons named Willie Curry. We believe this crossing of information occurred at some point in the 1990s. After sufficient inquiry with other sources, we are confident that the below information represents both persons named Willie Curry and our records have been updated to reflect that these are in fact two distinct persons.

- Willie Earl Curry, TDOC #632084
    - DOB 6/18/1953
    - last four of SSN: 2702
    - currently incarcerated in Mississippi; MS ID Number: 168509
    - criminal convictions from Nevada and California supervised under the Interstate Compact

- Willie Curry (Junior) TDOC #73560
    - DOB 4/12/1954
    - Three felony convictions in Shelby County, Tennessee in the early 1990s.
    - Died in Maryland in 1997

In short, the previous information provided indicated that Mr. Willie Earl Curry was convicted out of Shelby County, Tennessee, for the following:

| Case # W9300746 | Forgery – Up to $1,000.00 |
| Case # 9207470 | Aggravated Assault |
| Case # 9207471 | Aggravated Assault |

The above criminal charges were not correct for Mr. Willie Earl Curry.

The matter has been updated and resolved in TDOC databases to ensure the criminal records and contact notes for these two distinct and different persons are no longer intertwined. Mr. Willie E. Curry's Tennessee offender number is now 00632084 and his record now correctly reflects information from his supervision in Tennessee from Nevada and California under the Interstate Compact.

We believe this occurred because the Tennessee Department of Correction never had physical custody of either person and all information in the Department's possession was relayed to it from other sources. We further never had the opportunity to capture fingerprints or take any additional measures that would have identified the issue.

Please advise how you wish to proceed in correcting this matter.

Sincerely,

*Debbie Inglis (with permission)*

Debbie Inglis
Deputy Commissioner
& General Counsel


Cc:   Peggy J. Lee, Esq.,
      44 North Second Street, Suite 705
      Memphis, Tennessee 38103

      Willie Earl Curry, MDOC ID# 168509
      Alcorn County Correctional Facility
      2839 South Harper Road
      Corinth, MS 38834