IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILLIE E. CURRY                                                                            PLAINTIFF

VERSUS                                             CIVIL ACTION NO.: 3:25cv127-KHJ-MTP

MADISON COUNTY, MISSISSIPPI, *et al.*                             DEFENDANTS

## ORDER AND NOTICE TO PLAINTIFF

Plaintiff's Complaint [1] was filed on February 19, 2025, against Defendants Madison County, Mississippi and The Honorable John K. Bramlett, Jr. (hereafter "Defendants"). Summonses were issued for Defendants on February 20, 2025. *See* [2]. It is unclear if Defendants were served with process and they have not answered or otherwise appeared.

Under Fed. R. Civ. P. 4(m), if service of the summons and complaint is not made upon a defendant within ninety (90) days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice" as to the unserved defendant or direct that service be effected within a specified time. Fed. R. Civ. P. 4(m). The ninety (90)-day deadline for serving Defendants has expired.

IT IS, THEREFORE, ORDERED that if service of process is not perfected on Defendants **and** proof thereof filed with the court by May 30, 2025, or the Court does not extend the time for service based upon a showing of good cause, this case may be dismissed without prejudice and without further notice as to any unserved defendant. *See* Fed.R.Civ.P. 4(m).

SO ORDERED this 20th day of May, 2025.

                                                                           s/ Michael T. Parker
                                                                           United States Magistrate Judge