AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| WILLIE E. CURRY <br><br> *Plaintiff(s)* <br> v. <br> MADISON COUNTY, MISSISSIPPI & THE HONORABLE JOHN K. BRAMLETT, JR., in his Official and Personal Capacity as District Attorney for Madison County <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-127-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEFENDANT MADISON COUNTY, MS
C/O HON. RONNIE LOTT
MADISON COUNTY CHANCERY COURT CLERK
146 WEST CENTER STREET
CANTON, MS 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD., #2325
MEMPHIS, TN 38118
EMAIL: VTURNER@TURNERFEILDLAW.COM
PHONE: 901-290-6610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 2/20/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Hon. Ronnie Lott , who is
designated by law to accept service of process on behalf of *(name of organization)* Madison
County on *(date)* 5/19/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/23/25

_____
*Server's signature*

Van Turner / Plaintiff's Attorney
*Printed name and title*

2650 Thousand Oaks Blvd.
Suite 2325, Mphs, TN 38118
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Defendant Madison County, MS
   c/o Hon. Ronnie Lott
   Madison County Chancery Court Clerk
   146 West Center Street
   Canton, MS 39046

   9590 9402 7361 2028 6818 77

2. Article Number (Transfer from service label)

   9589 0710 5270 1419 1102 19

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Donna Laughlin_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brandi Laughlin

C. Date of Delivery: 5/15/25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee: $

Summon

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

9590 9402 7361 2028 6818 77

Postage: $10.48

Total Postage and Fees: $

Sent To: Def. Madison County MS c/o Hon. Ronnie Lott
Street and Apt. No., or PO Box No.: 146 West Center St.
City, State, ZIP+4: Canton, MS 39046

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1419 1102 19