AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| WILLIE E. CURRY<br><br>*Plaintiff(s)*<br>v.<br>MADISON COUNTY, MISSISSIPPI & THE HONORABLE JOHN K. BRAMLETT, JR., in his Official and Personal Capacity as District Attorney for Madison County<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-127-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEFENDANT HON. JOHN K. BRAMLETT, JR.
C/O HON. RONNIE LOTT
MADISON COUNTY CHANCERY COURT CLERK
146 WEST CENTER STREET
CANTON, MS 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VAN D. TURNER, JR.
TURNER FEILD, PLLC
2650 THOUSAND OAKS BLVD., #2325
MEMPHIS, TN 38118
EMAIL: VTURNER@TURNERFEILDLAW.COM
PHONE: 901-290-6610

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 2/20/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hon. Ronnie Lott , who is
designated by law to accept service of process on behalf of *(name of organization)* John Bramlett, Jr.
on *(date)* 5/19/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/23/25

_____
Server's signature

Van Turner / Plaintiff's Attorney
Printed name and title

2650 Thousand Oaks Blvd.
Suite 2325; Mphs, TN 38118
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Packages  
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Feedback

Remove X

**Tracking Number:**

## 9589071052701419110165

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:11 pm on May 19, 2025 in CANTON, MS 39046.

### Delivered
Delivered, Left with Individual

CANTON, MS 39046  
May 19, 2025, 2:11 pm

See All Tracking History

### Get More Out of USPS Tracking:
USPS Tracking Plus®

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Summon

Postmark
Here

Postage
$ 10.48

Total Postage and Fees
$

9590 9402 7361
2028 6818 39

Sent To
Def. Hon John K. Bramlett, Jr. c/o Hon. Ronnie Cott
Street and Apt. No., or PO Box No.
146 West Center Street
City, State, ZIP+4®
Canton, MS 39046

PS Form 3800, January 2023  See Reverse for Instructions

9589 0710 5270 1419 1101 65